

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2015

No. 04-15-00303-CV

**IN RE** Alma L. **TREVINO** and Chmijoca, Inc.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Patricia O. Alvarez, Justice

On May 15, 2015, relators filed a petition for writ of mandamus. The court has considered relators' petition and is of the opinion that relators have not established they are entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on May 20, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2006CI13937, styled *Alma Leticia Trevino and Chmijoca, Inc. v. Joe A. Gamez*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr. presiding.